Case 1:21-cv-00101-PKC   Document 19   Filed 03/25/21   Page 1 of 1

MARK A. BECKMAN
MBECKMAN@GRSM.COM
DIRECT DIAL: (212) 453-0724



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

February 25, 2021

> The conference will be adjourned to March 26, 2021 at 12:00 P.M. The dial-in will remain the same: 888-363-4749 with code 3667981.
>
> SO ORDERED.
> 3/1/2021
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Carbamericas, Inc. v. MSC Mediterranean Shipping Company S.A.*
      Case No.: 1:21-cv-00101-PKC

Dear Judge Castel:

We represent defendant MSC Mediterranean Shipping Company S.A. ("MSC") in the above-referenced case. Pursuant to Section 1.B of the Court's Individual Practices, and with plaintiff's consent, we respectfully request a 21-day adjournment of the initial conference, currently scheduled for March 4, 2021. We make this request because MSC only recently retained us for this matter. As noted, plaintiff consents, and this is the first such request.

Accordingly, we respectfully request the Court adjourn the initial conference from March 4, 2021, to March 25, 2021.

We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ *Mark A. Beckman*
Mark A. Beckman

cc: All Counsel of Record (*via* ECF)